ROCCO CREEL v. ROBERT MCNULTY, M.D.

March 31, 1988.

Petition for certification denied.

CONTINENTAL INSURANCE COMPANY v. HERCULES ELECTRICAL CONTRACTORS, INC. AND R. BRUCE HILL AGENCY, LTD.

March 31, 1988.

Petition for certification denied.